972 A.2d 484

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael THOMASTON, Petitioner.**

**No. 30 EM 2009.**

Supreme Court of Pennsylvania.

May 20, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of May, 2009, the "Application for Leave to File *Nunc Pro Tunc*" is **GRANTED.** Petitioner is directed to file his Petition for Allowance of Appeal within 30 days of this order.

972 A.2d 485

**George A. BROWN, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 37 EM 2009.**

Supreme Court of Pennsylvania.

May 21, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**